**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. MICHAEL McGEHEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-523-RAW |
| | ) | |
| 1. JULIAN LUMBER CO, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 29th DAY OF AUGUST, 2014**.

| | |
|---|---|
| s/ Christine E. Coleman | s/ Heather Burrage |
| Mark Hammons, OBA #3784 | *(Signed by filing party with permission)* |
| Christine E. Coleman, OBA #30527 | Heather Burrage, OBA #19423 |
| HAMMONS, GOWENS, HURST | Ernest H. Short, OBA#18994 |
| & ASSOCIATES | BURRAGE LAW FIRM |
| 325 Dean A. McGee Ave. | 1201 Westside Dr. |
| Oklahoma City, Oklahoma 73102 | P.O. Box 1727 |
| Telephone: (405) 235-6100 | Durant, OK 74702-1727 |
| Facsimile: (405) 235-6111 | Telephone: (580) 920-0700 |
| Mark@hammonslaw.com | Fax: (580) 920-0702 |
| Christine@hammonslaw.com | hburrage@burragelaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| | *Attorneys for Defendant* |